THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. BROWN, Appellant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH S. COSSENTINO, Petitioner, against L. J. LAW, as Warden of Sing Sing Prison, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

HARRY F. COWLES, Appellant, v. KATHRYN J. KRIMM et al., Doing Business as PENNYORK LUMBER COMPANY et al., Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

RICHARD J. DOYLE, Appellant, v. ALLSTATE INSURANCE COMPANY, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *post*, p. 979.]

In the Matter of the Claim of ALICE FINNEGAN, Appellant, against R. C. A. COMMUNICATIONS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FOREST M. GAINES and BLANTON AVERY MORRIS, Appellants.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of HAROLD H. GARNSEY, Appellant, against SYRACUSE ENGINEERING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of LOUIS F. HANEY, Appellant, against C. W. STUART NURSERY COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of STANLEY L. INGALLS, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.